William C. McNeill, III, # 64392
Denise M. Hulett, # 121553
Shelley A. Gregory, # 215442
The LEGAL AID SOCIETY OF SAN FRANCISCO-
EMPLOYMENT LAW CENTER,
600 Harrison Street, Suite 120
San Francisco, CA  94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs/Petitioners

# UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BATTALION CHIEF KEVIN SMITH, PRESIDENT OF THE SAN FRANCISCO BLACK FIREFIGHTERS; CAPTAIN MARK JOHNSON; CAPTAIN FRANCO CALZOLAI; CAPTAIN EDWARD ROLAND; LT. RONALD VAN POOLE; FIREFIGHTER DENNIS FOSTER, INCIDENT SUPPORT SPECIALIST DONALD DURKEE, JR.; INCIDENT SUPPORT SPECIALIST AL JOE; FIREFIGHTER PAUL URQUIAGA, FIREFIGHTER CARL BARNES<br><br>Plaintiffs/Petitioners,<br><br>v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO; THE SAN FRANCISCO FIRE DEPARTMENT; THE SAN FRANCISCO FIRE COMMISSION; CHIEF JOAN HAYES-WHITE; THE SAN FRANCISCO CIVIL SERVICE COMMISSION<br><br>Defendants/Respondents | No. 3:09-mc-80067-CRB-RL<br><br>**AMENDED STIPULATION FOR CONTINUATION OF HEARING ON RULE 27 PETITION TO PERPETUATE TESTIMONY**<br><br>DATE:  SEPTEMBER 30, 2009<br>TIME:  9:30 A.M.<br>COURTROOM:  F, 15TH FLOOR |

**STIPULATION TO CHANGE HEARING DATE**

IT IS HEREBY STIPULATED by and between the parties to this procedure through their designated counsel that the date for the previously scheduled hearing in

Stipulation Of The Parties To Change Hearing Date
Page 1

1 | this matter be changed from September 30, 2009 at 9:30 a.m. to October 7, 2009 at 9:30
2 | a.m.
3 | Dated: September 23, 2009

/s/William C. McNeill, III
WILLIAM C. McNEILL, III
Counsel for Petitioners Kevin Smith *et al.*

GINA M. ROCCANOVA
Counsel for Respondents City and County of San Francisco, *et al.*

September 25, 2009

**IT IS SO ORDERED**
/s/ James Larson
Judge James Larson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation Of The Parties To Change Hearing Date
Page 2