William C. McNeill, III, # 64392
Denise M. Hulett, # 121553
Shelley A. Gregory, # 215442
The LEGAL AID SOCIETY OF SAN FRANCISCO-
EMPLOYMENT LAW CENTER,
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs/Petitioners

*IT IS SO ORDERED*
*Judge James Larson*

# UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BATTALION CHIEF KEVIN SMITH, PRESIDENT OF THE SAN FRANCISCO BLACK FIREFIGHTERS; CAPTAIN MARK JOHNSON; CAPTAIN FRANCO CALZOLAI; CAPTAIN EDWARD ROLAND; LT. RONALD VAN POOLE; FIREFIGHTER DENNIS FOSTER, INCIDENT SUPPORT SPECIALIST DONALD DURKEE, JR.; INCIDENT SUPPORT SPECIALIST AL JOE; FIREFIGHTER PAUL URQUIAGA, FIREFIGHTER CARL BARNES<br><br>Plaintiffs/Petitioners,<br><br>v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO; THE SAN FRANCISCO FIRE DEPARTMENT; THE SAN FRANCISCO FIRE COMMISSION; CHIEF JOAN HAYES-WHITE; THE SAN FRANCISCO CIVIL SERVICE COMMISSION<br><br>Defendants/Respondents | No. 3:09-mc-80067-CRB-RL<br><br>**STIPULATION ALLOWING THE CANCELLATION OF THE SCHEDULED HEARING AND WITHDRAWAL OF PETITION FOR ORDER PURSUANT TO RULE 27 PETITION TO PERPETUATE TESTIMONY**<br><br>DATE: OCTOBER 7, 2009<br>TIME: 9:30 A.M.<br>COURTROOM: F, 15TH FLOOR |

**STIPULATION TO CANCEL HEARING**

Stipulation Of The Parties To Cancel Hearing And Withdrawal of Petition
Page 1

1     IT IS HEREBY STIPULATED by and between the parties to this procedure
2  through their designated counsel that the hearing scheduled for October 7, 2009 at 9:30
3  a.m. in this matter be cancelled and petition is withdrawn.
4  Dated: October 1, 2009
5
6  /s/William C. McNeill, III
   WILLIAM C. McNEILL, III
7  Counsel for Petitioners Kevin Smith *et al.*
8  October 5, 2009
9
10 _____
   GINA M. ROCCANOVA
11 Counsel for Respondents City and County of San Francisco, *et al.*
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
   Stipulation Of The Parties To Cancel Hearing And Withdrawal of Petition
   Page 2